# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES C. HUSTED, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.;<br>and EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 2:19-cv-01244-GMN-DJA<br><br>*Assigned to Chief Judge Gloria A. Navarro;*<br>*Referred to Magistrate Daniel J. Albregts*<br><br>**ORDER**<br>**EXTENDING TIME TO**<br>**RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)**<br><br>Complaint Filed: July 17, 2019 |

# ORDER

The Court has reviewed the Stipulation filed by Plaintiff Charles C. Husted ("Plaintiff") and Defendant Capital One Bank (USA), N.A. to extend Capital One's time to file a responsive pleading by fourteen (14) days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before December 9, 2019.

**IT IS SO ORDERED.**

DATED: November 27, 2019

_____
Daniel J. Albregts
United States Magistrate Judge