Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES C. HUSTED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA) N.A.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01244-GMN-DJA<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC**<br><br>**[SECOND REQUEST]**<br><br>Complaint filed:  July 17, 2019 |

Plaintiff Charles C. Husted ("Plaintiff") and Defendant Equifax Information Services, LLC; ("Equifax" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Equifax (30) thirty days:

1. The Parties settled this matter on November 27, 2019 [ECF Dkt. 18].

2. On February 4, 2020, the Court granted the Parties' stipulation to extend the dismissal deadline [ECF Dkt. 22].

3. Plaintiff's deadline is March 19, 2020.

4. The Parties are in the final stages of completing their settlement agreement, for which all material terms have been agreed to.  All that remains is performance of the agreed-upon terms, which that parties agree will be completed shortly.

5. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Equifax to allow them additional time to finalize the settlement agreement.

6. Plaintiff agrees to file the Stipulation of Dismissal of Equifax no later than **April 20, 2020**.

DATED March 18, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**KRIEGER LAW GROUP LLC**<br>David H. Krieger, Esq., SBN 9086<br>Shawn W. Miller, Esq., SBN 7825<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br>*Counsel for Plaintiff* | **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq., SBN 12503<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |
|---|---|

**IT IS SO ORDERED.**

Dated this  18  day of March, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430