Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES LAW GROUP, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES C. HUSTED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE BANK (USA) N.A.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01244-GMN-DJA<br><br>**STIPULATION OF DISMISSAL OF CAPITAL ONE BANK (USA) N.A., WITH PREJUDICE**<br><br>Complaint filed: July 17, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant CAPITAL ONE BANK (USA), N.A., from the above captioned action, with prejudice.

//

//

//

Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated April 7, 2020.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq., SBN 12796 | Jeremy J. Thompson, Esq., SBN 12503 |
| Miles N. Clark, Esq., SBN 13848 | 3800 Howard Hughes Parkway, Suite 500 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89169 |
| Las Vegas, NV 89148 | Email: jthompson@clarkhill.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *Equifax Information Services LLC.* |
| **HAINES & KRIEGER LLC** | |
| George H. Haines, Esq., SBN 9411 | **FERNALD LAW GROUP LLP** |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | /s/ *Brandon C. Fernald* |
| Email: ghaines@hainesandkrieger.com | Brandon C. Fernald, Esq., SBN 10582 |
| | 6236 Laredo Street |
| *Counsel for Plaintiff* | Las Vegas, NV 89146 |
| | Email: brandon.fernald@fernaldlawgroup.com |
| | |
| | *Counsel for Defendant* |
| | *Capital One Bank (USA), N.A.* |

## ORDER GRANTING STIPULATION OF DISMISSAL
## OF CAPITAL ONE BANK (USA), N.A., WITH PREJUDICE

**IT IS SO ORDERED.**

DATED this __7__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2