Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES C. HUSTED,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:19-cv-01244-GMN-DJA<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC**<br><br>**[THIRD REQUEST]**<br><br>Complaint filed: July 17, 2019 |

Plaintiff Charles C. Husted ("Plaintiff") and Defendant Equifax Information Services, LLC; ("Equifax" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Equifax (30) thirty days:

1. The Parties settled this matter on November 27, 2019 [ECF Dkt. 18].

2. On March 19, 2020, the Court granted the Parties' stipulation to extend the dismissal deadline [ECF Dkt. 25].

3. Plaintiff's deadline is April 20, 2020.

4. A settlement agreement has been prepared, finalized and fully executed. All that remains is for Equifax to deliver a settlement check, which the Parties estimate to take an additional 30 days.

5. Plaintiff agrees to file the Stipulation of Dismissal of Equifax no later than **May 20, 2020**.

DATED April 22, 2020.

| KNEPPER & CLARK LLC | CLARK HILL PLLC |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq., SBN 12796 <br> Miles N. Clark, Esq., SBN 13848 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> **KRIEGER LAW GROUP LLC** <br> David H. Krieger, Esq., SBN 9086 <br> Shawn W. Miller, Esq., SBN 7825 <br> Email: dkrieger@kriegerlawgroup.com <br> Email: smiller@kriegerlawgroup.com <br> *Counsel for Plaintiff* | /s/ *Jeremy J. Thompson* <br> Jeremy J. Thompson, Esq., SBN 12503 <br> Email: jthompson@clarkhill.com <br><br> *Counsel for Defendant* <br> *Equifax Information Services LLC* |

**ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC**

**IT IS SO ORDERED.**

Dated this  22   day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430